IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEPHANIE M. DENNIS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NORTH CENTRAL KANSAS )<br>REGIONAL JUVENILE DETENTION )<br>FACILITY d/b/a GEARY COUNTY )<br>SECURE CARE CENTER, )<br>    Defendant. ) | Case No. 5:22-cv-04066-DDC-ADM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Stephanie Dennis stipulates to the dismissal of all claims in this action with prejudice.

Respectfully submitted,

*/s/Bruce Alan Brumley*
*/s/Chloe Elizabeth Davis*
Bruce Alan Brumley, #16066
Chloe Elizabeth Davis, #28517
Brumley Law Office
2348 SW Topeka Blvd, #201
Topeka, KS 66611
P: (785) 267-3367 / F: (785) 233-3161
chloe@brucebrumleylaw.com
bruce@brucebrumleylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case.

             Respectfully submitted,

             */s/Bruce Alan Brumley*
             */s/Chloe Elizabeth Davis*
             Bruce Alan Brumley, #16066
             Chloe Elizabeth Davis, #28517
             Brumley Law Office
             2348 SW Topeka Blvd, #201
             Topeka, KS 66611
             P: (785) 267-3367 / F: (785) 233-3161
             chloe@brucebrumleylaw.com
             bruce@brucebrumleylaw.com